ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 22 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Indictment |
|---|---|
| v. | No. 1:19-CR-410 |
| HAKIM AMAL ARCHIBLE | |

THE GRAND JURY CHARGES THAT:

### Count One

On or about November 25, 2014, in the Northern District of Georgia, the defendant, HAKIM AMAL ARCHIBLE, aided and abetted by others known and unknown to the Grand Jury, filed and attempted to file in the public record of the Fayette County, Georgia clerk's office a false lien and encumbrance against the real and personal property of John Koskinen, an officer and employee of the United States Government described in Title 18, United State Code, Section 1114, on account of the performance of official duties by John Koskinen, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a statement claiming John Koskinen as debtor and responsible party for a $5,000 federal tax penalty issued to the defendant for the 2013 tax period, all in violation of Title 18, United States Code, Section 1521 and Section 2.

## Count Two

On or about December 9, 2014, in the Northern District of Georgia, the defendant, HAKIM AMAL ARCHIBLE, aided and abetted by others known and unknown to the Grand Jury, filed and attempted to file in the public record of the Fayette County, Georgia clerk's office a false lien and encumbrance against the real and personal property of Jacob Jack Lew, an officer and employee of the United States Government described in Title 18, United State Code, Section 1114, on account of the performance of official duties by Jacob Jack Lew, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a statement claiming Jacob Jack Lew as debtor and responsible party for among other things, a "chargeback order" in the amount of $100 billon, all in violation of Title 18, United States Code, Section 1521 and Section 2.

## Count Three

On or about August 5, 2015, in the Northern District of Georgia, the defendant, HAKIM AMAL ARCHIBLE, aided and abetted by others known and unknown to the Grand Jury, filed and attempted to file in the public record of the Fayette County, Georgia clerk's office a false lien and encumbrance against the real and personal property of Jacob Jack Lew, an officer and employee of the United States Government described in Title 18, United State Code, Section 1114, on account of the performance of official duties by Jacob Jack Lew, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations,

including a statement claiming Jacob Jack Lew as debtor and responsible party for a "registered bona fide security" in the amount of $10 billion, all in violation of Title 18, United States Code, Section 1521 and Section 2.

A ___TRUG___ BILL
_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

ANGELA ADAMS
*Assistant United States Attorney*
Georgia Bar No. 613114

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181