IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

V.                                       Indictment: 1:19-CR-00410-TWT-CCB-1

HAKIM AMAL ARCHIBLE,
        DEFENDANT.

## HAKIM AMAL ARCHIBLE'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS AND CONTINUE PRETRIAL CONFERENCE

Comes now the defendant, Hakim Amal Archible, and moves that the Court extend the deadline for filing pretrial motions and to extend the date of the pretrial conference. The defendant requests an additional thirty (30) days. The defendant in support of this motion states the following:

1.

Angela Adams, Assistant U.S. Attorney, has stated that she is not opposed to extending the deadlines.

2.

The defendant needs additional time due to the fact that the undersigned attorney was appointed to represent the defendant less than a week ago and the attorney has not been able to meet with the defendant or review discovery.

1

Wherefore, Hakim Amal Archible moves that the Court extend the motions deadline and reschedule the Pre-trial conference.

Respectfully submitted,

/s/Michael Saul

Michael H. Saul
627025
Attorney for Hakim Amal Archible

P.O. Box 4504
301 Washington Avenue
Marietta, Georgia, 30061
770-429-8787

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I caused the attached Motion to be served electronically to the United States.

This December 18, 2019.

Respectfully submitted,

/s/Michael Saul

Michael H. Saul
Attorney for Hakim Amal Archible
627025

P.O. Box 4504
301 Washington Ave.
Marietta, Georgia, 30061
770-429-8787

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

V.                              Indictment: 1:19-CR-00410-TWT-CCB-1

HAKIM AMAL ARCHIBLE,
    DEFENDANT.

ORDER RESCHEDULING PRE-TRIAL

The United States being unopposed to the defendant's request for additional time and in the interest of justice the pre-trial scheduled in this case is rescheduled to _____ and the defendant shall have until _____ to file pre-trial motions.  The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and defendant in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference. 18 U.S.C. 3161, et set.

    Ordered this \_\_\_\_day of December 2019.

_____
The Honorable Christopher C. Bly
United States Magistrate Judge