**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **CRIMINAL ACTION NO. 1:19-CR-410-TWT-CCB** |
| **HAKIM AMAL ARCHIBLE,** | |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of Defendant's unopposed motion to continue the deadline for filing pretrial motions and the pretrial conference. (Doc. 11). After a review of the record, and for good cause shown, the motion is **GRANTED**. All pretrial motions are due by **January 17, 2020**, and the pretrial conference is rescheduled for **Tuesday, January 21, 2020, at 9:30 A.M.**, **Courtroom 2022 (the courtroom adjacent to Judge Vineyard's chambers),** United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA.

**IT IS HEREBY ORDERED** that the period between the date of the motion to continue, December 18, 2019, and the date of the rescheduled pretrial conference, January 21, 2020, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that the extension is

necessary because Defendant's counsel needs additional time to meet with Defendant and review the discovery before determining if pretrial motions are appropriate, and the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED,** this 19th day of December, 2019.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE