

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 1 0 2020

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAKIM AMAL ARCHIBLE | **First Superseding**<br><br>Criminal Indictment<br><br>No. 1:19-CR-410-TWT-CCB |

THE GRAND JURY CHARGES THAT:

### Count One

On or about November 25, 2014, in the Northern District of Georgia, the defendant, HAKIM AMAL ARCHIBLE, aided and abetted by others known and unknown to the Grand Jury, filed and attempted to file in the public record of the Fayette County, Georgia, clerk's office a false lien and encumbrance against the real and personal property of John Koskinen, an officer and employee of the United States Government described in Title 18, United State Code, Section 1114, on account of the performance of official duties by John Koskinen, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a statement claiming John Koskinen as debtor and responsible party for a $5,000 federal tax penalty issued to the defendant for the 2013 tax period, all in violation of Title 18, United States Code, Section 1521 and Section 2.

### Count Two

On or about December 9, 2014, in the Northern District of Georgia, the defendant, HAKIM AMAL ARCHIBLE, aided and abetted by others known and unknown to the Grand Jury, filed and attempted to file in the public record of the Fayette County, Georgia, clerk's office a false lien and encumbrance against the real and personal property of Jacob Jack Lew, an officer and employee of the United States Government described in Title 18, United State Code, Section 1114, on account of the performance of official duties by Jacob Jack Lew, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a statement claiming Jacob Jack Lew as debtor and responsible party for among other things, a "chargeback order" in the amount of $100 billion, all in violation of Title 18, United States Code, Section 1521 and Section 2.

### Count Three

On or about August 5, 2015, in the Northern District of Georgia, the defendant, HAKIM AMAL ARCHIBLE, aided and abetted by others known and unknown to the Grand Jury, filed and attempted to file in the public record of the Fayette County, Georgia, clerk's office a false lien and encumbrance against the real and personal property of Jacob Jack Lew, an officer and employee of the United States Government described in Title 18, United State Code, Section 1114, on account of the performance of official duties by Jacob Jack Lew, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a statement claiming Jacob Jack Lew as debtor and responsible party

for a "registered bona fide security" in the amount of $10 billion, all in violation of Title 18, United States Code, Section 1521 and Section 2.

## Count Four

From on or November 25, 2014 through on or about November 26, 2014, in the Northern District of Georgia, the defendant, HAKIM AMAL ARCHIBLE, aided and abetted by others known and unknown to the Grand Jury, did corruptly obstruct and impede, and corruptly endeavor to obstruct and impede, the due administration of the internal revenue laws by (1) filing a false lien and encumbrance against the real and personal property of John Koskinen, an employee of the Internal Revenue Service, in the Fayette County, Georgia, clerk's office and (2) mailing a copy of the filed false lien documents to John Koskinen at the Internal Revenue Service, all in violation of Title 26, United States Code, Section 7212(a) and Title 18, United States Code, Section 2.

A _True_ BILL

_/s/_ FOREPERSON

BYUNG J. PAK
*United States Attorney*

*Angela Adams*

ANGELA ADAMS
*Assistant United States Attorney*
Georgia Bar No. 613114
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3