# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00410-TWT-CCB
## USA v. Archible
## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 07/10/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:15 A.M.
TIME IN COURT: 00:15
OFFICE LOCATION: Atlanta
TAPE NUMBER: Zoomgov.com
DEPUTY CLERK: James Jarvis

| | |
|---|---|
| DEFENDANT(S): | [1]Hakim Archible present at proceedings |
| ATTORNEY(S) PRESENT: | Michael Ross representing Hakim Archible<br>Michael Saul representing Hakim Archible |
| PROCEEDING CATEGORY: | Attorney Appointment Hearing |
| MOTIONS RULED ON: | DFT#1-[33] Motion to Withdraw as Attorney **WITHDRAWN** |
| MINUTE TEXT: | The Court conducted a hearing to address [33] Defendant's motion to withdraw counsel. The Court deemed the motion WITHDRAWN. Defense counsel will consult with the Government regarding their intention to file pretrial motions. Counsel will advise the Court of the Government's position. Written order to follow. |