IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

V.                              Indictment: 1:19-CR-00410-TWT-CCB-1

HAKIM AMAL ARCHIBLE,
    DEFENDANT.

UNOPPOSED MOTION TO ALLOW THE DEFENDANT UNTIL JULY 17, 2020 TO FILE ADDITIONAL MOTIONS

The defendant moves that he have until July 17, 2020 to file additional motions. The defendant in support of this motion states the following:

1.

Angela Adams, Assistant U.S. Attorney, has stated that she is not opposed but that she requests thirty days to respond to any additional motion filed by the defendant.

2.

The defendant wishes to file additional motions in the interest of justice and

to protect the defendant's rights.

Respectfully submitted,

/s/Michael Saul

Michael Saul
Attorney for the Defendant
Georgia Bar: 627025

/s/Michael Ross

Michael Ross
Attorney for Defendant
Georgia Bar: 763334

301 Washington Avenue
Marietta, Georgia 30060
404-281-1542.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I caused the attached motion to be served electronically to all parties of record including:

Angela Adams
Asst. U.S. Attorney
6th Floor, U.S. Courthouse
75 Spring Street
Atlanta, Georgia   30303

This July 12, 2020

Respectfully submitted,


/s/Michael Saul
Michael H. Saul
Attorney for Hakim Archible
627025

P.O. Box 4504
301 Washington Ave.
Marietta, Georgia, 30061
770-429-8787