# EXHIBIT A

# December 2019

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 **Defendant's Arraignment** | 10 **1** | 11 **2** | 12 **3** | 13 **4** | 14 **5** |
| 15 **6** | 16 **7** | 17 **8** | 18 **9** | 19 **10** | 20 **11** | 21 **12** |
| 22 **13** | 23 **14** | 24 **15** | 25 **Per Court's Dec. 19, 2020 Order** | 26 **X** | 27 **X** | 28 **X** |
| 29 **X** | 30 **X** | 31 **X** | | | | |

**KEY:**

| | |
|---|---|
| 🟩 | Counted Toward Speedy Trial Calculation |
| 🟥 | Excludable Time |

## January 2020

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  | 1 X | 2 X | 3 X | 4 X |
| 5 X | 6 X | 7 X | 8 X | 9 X | 10 X | 11 X |
| 12 X | 13 X | 14 X | 15 X | 16 X | 17 X | 18 X |
| 19 X | 20 X | 21 X | 22 / 16 | 23 / 17 | 24 / 18 | 25 / 19 |
| 26 / 20 | 27 / 21 | 28 / 22 | 29 / 23 | 30 / 24 | 31 / 25 |  |

# February 2020

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|     |     |     |     |     |     | 1 / 26 |
| 2 / 27 | 3 / 28 | 4 / 29 | 5 / 30 | 6 / 31 | 7 / 32 | 8 / 33 |
| 9 / 34 | 10 / 35 | 11 / 36 | 12 / 37 | 13 / 38 | 14 / 39 | 15 / 40 |
| 16 / 41 | 17 / 42 | 18 / 43 | 19 / 44 | 20 / 45 | 21 / 46 | 22 / 47 |
| 23 / 48 | 24 / 49 | 25 / 50 | 26 / 51 | 27 / 52 | 28 / 53 | 29 / 54 |

# March 2020

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 55 | 56 | 57 | 58 | 59 | 60 | 61 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 62 | 63 | 64 | 65 | 66 | 67 | 68 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 69 | Per Court's COVID Order: Jury Trials Suspended | X | X | X | X | X |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| X | X | X | X | X | X | X |
| 29 | 30 | 31 | | | | |
| X | X | X | | | | |