IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HAKIM AMAL ARCHIBLE,<br>   Defendant. | CRIMINAL FILE NO.<br>1:19-CR-410-TWT |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 48] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 38]. The Court's Order of January 31, 2020 setting the case for trial on April 6, 2020 and excluding the time in the interests of justice was for the purpose of allowing the parties adequate time to prepare for trial and to accommodate the Court's trial schedule. The Defendant's Objections to the Report and Recommendation are overruled. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 38] is DENIED.

SO ORDERED, this 4 day of November, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\19\19cr410\r&r.docx