# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00410-TWT-CCB
## USA v. Archible
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 11/16/2021.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:50 P.M.        COURT REPORTER: Diane Peede
TIME IN COURT: 1:50                    DEPUTY CLERK: Jordyn Holder
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Hakim Amal Archible Present at proceedings |
| ATTORNEY(S) PRESENT: | Angela Adams representing USA<br>Michael Ross representing Hakim Amal Archible<br>Michael Saul representing Hakim Amal Archible<br>Erin Spritzer representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[130]Motion for New Trial DENIED<br>DFT#1-[130]Motion for Acquittal DENIED |
| MINUTE TEXT: | The Court heard from the parties on Defendant's [130] Motion for New Trial; Motion for Judgment of Acquittal. The Court DENIED the motions. The Court adopted the presentence report and made it the findings of the Court. The Court heard from the Government's and Defendant's counsel. The sentence was pronounced as 105 MONTHS CBOP as to Counts One, Two, and Three of the Superseding Indictment to run consecutive to the sentence imposed in Dekalb County Superior Court, Case No. 18cr3076; and 36 MONTHS CBOP as to Count 4 of the Superseding Indictment to run concurrently to Counts One, Two, and Three of the Superseding Indictment, but consecutive to the sentence imposed in Dekalb County Superior Court, Case No. 18cr3076, for a total term of 105 MONTHS in the custody of the Federal Bureau of Prisons. 3 YEARS supervised release as to Counts One, Two, and Three of the Superseding Indictment, and 1 YEAR supervised release as to Count Four of the Superseding Indictment, all to run concurrently for a total term of 3 YEARS. $400 special assessment. The Court recommended to the BOP that the Defendant |

receive credit for his time served in federal custody beginning on
November 26, 2019. The Defendant was reminded of his right to appeal
his sentence.

HEARING STATUS:      Hearing Concluded