Registered Mail No: _    RE 128 719 934 US

February 15th, 2023

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 17 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Kevin P. Weiner
Clerk of United State District Court
75 Ted Turner Drive SW
Atlanta, Georgia 30303

**Re: Notice of Criminal Complaint 'Case Number: 1:19-CR-00410-TWT-CCB'**

Greetings Kevin P. Weiner:

It has come to my attention that this case either has been, or will be, offered to the financial markets as part of a securitized document package whereupon significant investment income is generated. See attached documents I obtained while investigating **"Case No: 1:19-CR-00410-TWT-CCB"**, and using the Name on the case as **'HAKIM AMAL ARCHIBLE'**, and the above reference case number.

Due to the fact that someone other than I, will be benefiting financially from these securitized documents while using the name and accounts of **'HAKIM AMAL ARCHIBLE'**, done without full disclosure of these transactions to me, beneficiary/equitable titleholder, I hereby require full disclosure of the following to include information on the enclosed securities report;

1. Name, address and contact info of the assignee (s) securities were transacted with;

2. CUSIP number of either the instrument(s) being assigned or of the fund/instrument to which this case is being directed, if different than or in addition to the securities listed in the enclosed Fidelity Asset report;

3. List of beneficiaries of the investment income for your agency/court, 1099 tax reporting purposes.

In addition, since all revenue generated is derived from the account using a fictional corporate version of **"HAKIM AMAL ARCHIBLE"** (My given appellation at birth), an estate in trust (which I am executor/beneficiary and equitable titleholder of), and done so without disclosure to me, it would be incumbent upon me to do the necessary tax reporting.

Can you be so kind as to provide to me the completed 1099 form(s), from the appropriate party(s), including an extra copy, that I can submit to the IRS CID, and return to me at my address listed below. I require that any excess funds recovered beyond what is necessary to immediately settle and close this account (Case No: 1:19-CR-00410-TWT-CCB), shall be returned to me as return of Property from the estate (failure to do so will result in filing my own 1099 to correct any/all errors).



Additionally, you are required to Dismiss these **FRAUD** charges, immediately, with a Void Judgement, that has caused irreparable damages and harm to Me, a living man, this Fidelity Asset Report clearly proves that I am not this "CORPS" or "DEAD PERSON" that you are trading as a commodity, I am alive living in my body on the land of Georgia, offspring to :Kwanda-Monique: family of Dials, Created not Man Made "fiction".

Thank you, for your cooperation.

Done in good faith,
All Rights Reserved Without Prejudice

By: :Hakim-Amal: Archible., Ex/Beneficia
:Hakim-Amal: Archible., Executor/Beneficiary

**HAKIM AMAL ARCHIBLE, ESTATE**
Attention: Executor/Beneficiary, Care of: :Hakim-Amal: Archible.
C/o: 7527 Roswell Road #566921.
Atlanta, Georgia-state.
Zip Exempt. Non- domestic without the UNITED STATES.

Jurat

**State Georgia** )
                 ) sa
**County Henry** )

I, Latshia Hudson Jackson, Notary Public Witnessed and Certify that :Hakim-Amal: family of Archible., a man duly affirm that the above statements are true, correct facts, as admissible evidence based on the enclosed Fidelity Asset Report for Case Number: 1:19-CR-00410-TWT-CCB, proving fraud on THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA and ALL Officers, Agents, Agency(s) involved.

_____    02/13/2023
Public Notary Witness         Date
My Commission Expires: 02/08/2025

[Notary Seal: LATSHIA H JACKSON, NOTARY PUBLIC, HENRY COUNTY, GEORGIA, EXPIRES 02/08/2025]

# Notary Certificate of Service

On February 13th, 2023, I served upon the following parties a Notice of Criminal Complaint.

The United States District Court Northern District of Georgia Clerk of Court, Kevin P. Weiner,

via U.S.P.S Registered Mail No: RE 128 719 934 US and mailed the same to below list

of Agents/Agency(s) via Certified Mail.

_____
**Notary Public**

Lakeshia Hudson-Jackson
**Notary Printed Name**

My Commission Expires: 02/08/2025



**Enclosure:**
    Copy of Fidelity Asset Reports as Evidence of Fraud on this Court
    "HAKIM AMAL ARCHIBLE"

**CC:**
Department of Justice: Attorney General, Merrick B. Garland
Department of the Treasury: Secretary of Treasury, Janet Yellen
United States Postal Service: Post Master General, Louis De Joy
United States Marshal Services
Adjutant General Colonel Robert Schafter
Washington State Auditor's Office
FBI- Economic Crimes Unit
IRS- CID



I, Lakeshia Hudson-Jackson, a Notary Public State of Georgia, on this day personally mailed the above mailings to each named party/agency ( total of 9 mailings to include Clerk of The United States District Court Northern District of Georgia) via U.S.P.S Registered/Certified Mail, Second Witness, U.S.P.S Stamp on Notary Certificate of Service.

                                                                         U.S.P.S
                                                                         STAMP

## Your CUSIP Results are as follows:

**HAKIM AMAL ARCHIBLE (CC 19:CR-00410-[TWT-CCB])**
**PIMCO All Asset Fund**
Symbol:            PAALX
CUSIP:             722005618

Inception Date:    12/31/2003
Net Assets:        $14,576,470,000.00 as of 1/5/2023
Portfolio Assets:  $14,576,470,000.00 as of 1/5/2023

## A little about the Fund:

PIMCO All Asset Fund seeks maximum real return, consistent with the preservation of real capital and prudent investment management by investing its assets in Institutional Class shares of underlying PIMCO funds.



ARCHIBLE, Estate
℅: 7527 Roswell Road #526921
Atlanta, Georgia -state [non-domestic]
in receipt. ℅ THE UNITED STATES

CLEARED DATE

FEB 17 2023

U.S. Marshals Service
Atlanta, GA 30303

FEB 15
ATLANTA, GA 30350-9998

U.S. District Court of Atlanta Georgia
Attention: Clerk of Court ℅: Kevin P. Weimer
℅: 75 Ted Turner Drive South West
Atlanta, GA 30303
THE UNITED STATES